1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  MICHAEL SCOTT,                           1:13-cv-00639-MJS (PC)
12           Plaintiff,                      ORDER TO SUBMIT APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
13       v.                                  OR PAY FILING FEE WITHIN 45 DAYS
14  MCAFEE,
15           Defendant.
                                         /
16
17       Plaintiff Michael Scott ("Plaintiff") is a state prisoner proceeding pro se in a civil rights
18  action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted
19  an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
20       Accordingly, IT IS HEREBY ORDERED that:
21       Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the
22  attached application to proceed in forma pauperis, completed and signed, or in the alternative,
23  pay the $350.00 filing fee for this action. **No requests for extension will be granted without**
24  **a showing of good cause**. Within sixty (60) days of the date of service of this order, Plaintiff
25  shall submit a certified copy of his/her prison trust statement for the six month period
26  immediately preceding the filing of the Complaint.
27  /////
28  /////

-1-

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:     May 6, 2013                           /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE