1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  MICHAEL SCOTT,                          CASE NO. 1:13-cv-0639-MJS PC

10                    Plaintiff,           ORDER STRIKING UNSIGNED
                                           COMPLAINT AND REQUIRING PLAINTIFF
11        v.                               TO FILE SIGNED COMPLAINT WITHIN
                                           THIRTY DAYS
12  McAFEE,
                                           (ECF No. 1)
13                    Defendant.
    _____/
14

15        Plaintiff Michael Scott ("Plaintiff"), a state prisoner proceeding pro se, filed this civil

16  rights action pursuant to 42 U.S.C. § 1983 on March 8, 2013.  However, Plaintiff neglected

17  to sign his Complaint, and unsigned documents cannot be considered by the Court.  Fed.

18  R. Civ. P. 11(a); Local Rule 131(b).

19        Accordingly, Plaintiff's Complaint is HEREBY ORDERED STRICKEN from the

20  record, and Plaintiff shall file a signed complaint within **thirty (30) days** from the date of

21  service of this order.  The failure to comply with this order will result in dismissal of this

22  action, without prejudice.

23
24
25

26  IT IS SO ORDERED.

27  Dated:   May 7, 2013            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE
28