UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT,<br><br>           Plaintiff,<br><br>    v.<br><br>McAFEE,<br><br>           Defendant.<br>_____/ | CASE No. 1:13-cv-0639-AWI-MJS (PC)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF No. 8)<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Michael Scott ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court struck Plaintiff's unsigned Complaint on May 8, 2013, because pursuant to Fed. R. Civ. P. 11(a) and Local Rule 131(b), unsigned documents cannot be considered by the Court. (ECF No. 8.) Plaintiff was given thirty days, until June 7, 2013, to file a signed complaint. (Id.) June 7, 2013, has passed without Plaintiff having filed a signed complaint or a request of an extension of time in which to do so.

Local Rule 110 provides that "failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." District courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case." Thompson v. Housing

1  Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action based on a party's
2  failure to prosecute an action, failure to obey a court order, or failure to comply with local
3  rules.  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for
4  noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992)
5  (dismissal for failure to comply with an order requiring amendment of complaint);
6  Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of
7  prosecution and failure to comply with local rules).
8       Plaintiff has not responded to the Court's May 8, 2013, order.  He will be given one
9  more opportunity, from **fourteen (14) days** of entry of this order, **and no later**, to file an
10  signed complaint or show cause why his case should not be dismissed for failure to comply
11  with a court order.  **Failure to meet this deadline will result in dismissal of this action.**

15  IT IS SO ORDERED.
16  Dated:   June 27, 2013                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE